**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re: 415 WEST COLLEGE AVENUE, LLC Chapter 11

the Debtor. Case No. 26-40455-MWC

---

**NOTICE OF APPEARANCE FOR CREDITOR,**
**ADDITION FINANCIAL CREDIT UNION**

ADDITION FINANCIAL CREDIT UNION, a creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the court's master mailing list:

Robert J. Powell, Esq.
rpowell@moorheadlaw.com
heidi@moorheadlaw.com
kblackman@moorheadlaw.com
MOORHEAD LAW GROUP, PLLC
127 Palafox Place, Suite 200
Pensacola, Florida 32502
Telephone: (850) 466-4093

PLEASE TAKE FURTHER NOTICE that ADDITION FINANCIAL CREDIT UNION, intends that neither this *Notice of Appearance* nor any later

appearance, pleading, claim or suit shall waive (i) ADDITION FINANCIAL CREDIT UNION'S right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) ADDITION FINANCIAL CREDIT UNION'S right to a trial by jury in any proceeding so triable in any case, controversy, or proceeding related to this bankruptcy case; (iii) ADDITION FINANCIAL CREDIT UNION'S right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) KING LAKE LANDING, INC.'S right to enforce any contractual provisions with respect to arbitration; or (v) any other rights, claims, actions, defense, setoffs, or recoupments to which ADDITION FINANCIAL CREDIT UNION is or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of this Court over ADDITION FINANCIAL CREDIT UNION, all of which rights, claims, actions, defenses, setoffs, and recoupments ADDITION FINANCIAL CREDIT UNION expressly reserves.

Dated this 3rd day of August, 2026.

MOORHEAD LAW GROUP, PLLC

By: */s/ Robert J. Powell*

**ROBERT J. POWELL**
Florida Bar No. 70318
Moorhead Law Group, PLLC
127 Palafox Place, Suite 200
Pensacola, FL 32502
(850) 466-4093 (Office)
(850) 477-0982 (Fax)
rpowell@moorheadlaw.com
heidi@moorheadlaw.com
kblackman@moorheadlaw.com
*Attorney for Creditor,*
*Addition Financial Credit Union*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been provided electronically to all parties requesting e-service via the Court's CM/ECF System on 3rd day of August, 2026, including the following:

- Robert C. Bruner, *Attorney for Debtor*
  rbruner@brunerwright.com

- Byron Wright, III, *Attorney for Debtor*
  twright@brunerwright.com

- Jason H. Egan, *Attorney for U.S. Trustee*
  jason.h.egan@usdoj.gov

- United States Trustee
  USTPRegion21.TL.ECF@usdoj.gov

*/s/ Robert J. Powell*
**ROBERT J. POWELL**